**In re RONALD A. KATZ TECHNOLOGY LICENSING, L.P.**

**No. 2013–1137.**

United States Court of Appeals, Federal Circuit.

Nov. 7, 2013.

Frank V. Pietrantonio, Cooley LLP, of Reston, Virginia, argued for appellant. With him on the brief were Jonathan G. Graves, of Reston, Virginia, and Lori R. Mason and Lowell D. Mead of Palo Alto, California.

Thomas W. Krause, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. Of counsel on the brief were Nathan K. Kelley, Deputy Solicitor, and Stacy B. Margolies, Associate Solicitor.

WALLACH, LINN, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**